# United States Bankruptcy Court

Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: <br> Ting Kwei Sze <br> aka Ting K Sze <br><br> Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: <br><br> xxx−xx−6638 <br><br> DEBTOR(s) | CASE NO: 1−14−42162−ess <br><br><br> CHAPTER: 7 |

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Alan Nisselson (Trustee) is discharged as trustee of the estate of the above−named debtor(s).
- The Chapter 7 case of the above−named debtor(s) is closed.

s/ Elizabeth S. Stong
United States Bankruptcy Judge

Dated: July 8, 2015